■ ROBERT J. ALBERT v. SKANSKA BANKEN.— Motion for a stay granted on the terms and conditions contained in the order to show cause, dated July 26, 1962, and on the further condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before October 10, 1962, with notice of argument for the November 1962 Term of this court, said

appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.